THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Labon D. Gray, Appellant.
 
 
 
 
 

Appeal From Lancaster County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-261
Submitted May 1, 2011  Filed June 7, 2011

AFFIRMED

 
 
 
 Appellate Defender Lanelle Cantey Durant,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Assistant Attorney General Julie M. Thames; all of Columbia, and
 Solicitor Douglas A. Barfield, Jr., of Lancaster, for Respondent.
 
 
 

PER CURIAM:  Appellant Labon D. Gray appeals his
 convictions for possession of cocaine, possession of marijuana, and possession
 of cocaine base.  On appeal, Gray argues the trial court erred in:  (1) denying
 his motion to suppress evidence found in a search conducted in violation of the
 Fourth Amendment and (2) denying his motion to suppress evidence admitted with
 an insufficient chain of custody.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  U.S. v.
 Scheetz, 293 F.3d 175, 183-84 (4th Cir. 2002) (finding narcotics officers
 had probable cause to search a vehicle because three officers smelled an odor
 of marijuana); State v. Tabory, 260 S.C. 355, 365-66, 196 S.E.2d 111,
 113-14 (1973) (noting the odor of marijuana along with an untruthful statement
 to police constituted probable cause to search the vehicle); State v.
 Hatcher, Op. No. 26950 (S.C. Sup. Ct. filed March 21, 2011) (Shearouse Adv.
 Sh. No. 10 at 83) ("It is unnecessary that the police account for every
 hand-to-hand transfer of the item; it is sufficient if the evidence
 demonstrates a reasonable assurance the condition of the item remains the same
 from the time it was obtained until its introduction at trial.") (internal
 quotation and citation omitted).
AFFIRMED.
FEW, C.J.,
 PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.